UNITED STATES of America,
Plaintiff–Appellee,

v.

Jaime CONTRERAS–VASQUEZ,
Defendant–Appellant.

No. 06–41073
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

. The Government has filed an unopposed motion to summarily affirm Jaime Contreras–Vasquez's conviction and summarily vacate his sentence and remand for resentencing in light of *Lopez v. Gonzales*, —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006), and *United States v. Estrada–Mendoza*, 475 F.3d 258 (5th Cir.2007). The motion is GRANTED, the conviction is

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

AFFIRMED, the sentence is VACATED, and the case is REMANDED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.